CHARLES A. WAGGONER et al., Infants, by GEORGE WAGGONER, Their Guardian ad Litem, Appellants, *v.* MICHAEL JAGEACKS et al., Respondents.

(Submitted October 1, 1934; decided October 9, 1934.)

*Fred A. Robbins* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.